**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00224-CMA-MEH

KENNETH H. DENNY,

    Plaintiff,

v.

HEARTLAND PAYMENT SYSTEMS,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Plaintiff's Motion to Dismiss (Doc. # 7), filed April 30, 2013, is GRANTED. It is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the status conference scheduled before Magistrate Judge Hegarty on May 1, 2013 at 9:30 AM is VACATED.

DATED: April __30__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge